IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DARRELL OLIGER & CAROL OLIGER,**                                    PLAINTIFFS
*Co-Trustees of the Darrell and Carol Oliger*
*Revocable Trust Dated June 19, 2007*;
**PULOMA PROPERTIES, LLC; and**
**LGTD INVESTMENTS, LLC,**
*Individually and on behalf of all*
*others similarly situated*

v.                              Case No. 4:20-cv-01146-LPR

**FLYWHEEL ENERGY PRODUCTION, LLC**                                   DEFENDANT

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that judgment is entered in favor of Defendant Flywheel Energy Production, LLC on all claims brought against it in this case.

IT IS SO ADJUDGED this 3rd day of February 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE